[No. 2762-2.  Division Two.  June 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
BERNARD THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–2882, Jay W. Hamilton, J., entered January
13, 1977. *Affirmed* by unpublished opinion per Soule, J.,
concurred in by Pearson, C.J., and Reed, J.

[No. 2325-3.  Division Three.  June 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRIS
ALLEN KEENER, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 24982, William H. Williams, J.,
entered March 10, 1977. *Affirmed* by unpublished opinion
per McInturff, J., concurred in by Munson, C.J., and Roe,
J.

[No. 2907-2.  Division Two.  June 28, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES T.
JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 68335, John H. Kirkwood, J., entered
May 6, 1977. *Affirmed* by unpublished opinion per Ringold,
J., concurred in by Pearson, C.J., and Soule, J.